

1900 M Street NW, Suite 250, Washington, DC 20036
(202) 296 3585

Jeff Landis
(202) 706-5203
jeff@zwillgen.com

September 20, 2024

**<u>Via ECF</u>**

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, New York 10007

    Re:    *Graham v. Bloomberg L.P.*, Case No. 1:22-cv-07015-VSB (S.D.N.Y.)

Dear Judge Broderick:

    This firm represents Defendant Bloomberg L.P. ("Defendant") and submits this joint status letter on behalf of both Parties pursuant to the Court's September 15, 2023 Opinion & Order (Dkt. 25).

    On September 15, 2023, the Court granted in part and denied in part Defendant's Motion to Compel Arbitration, ordering Plaintiff to arbitrate his claims against Defendant but denying Defendant's motion to dismiss the Complaint. In doing so, the Court stayed the case and directed the Parties to file a joint status letter by the earlier of seven days after the outcome of any arbitration or by September 20, 2024.

    The Parties now write to inform the Court that Plaintiff has not initiated arbitration against Defendant regarding the subject matter of this action (or any other subject).

    Respectfully submitted.

    /s/ Jeffrey Landis

    Jeffrey Landis

cc: All counsel of record (via ECF & Email)