# BURSOR & FISHER
P.A.

**1330 AVENUE OF THE AMERICAS,**
**32ND FLOOR**
**NEW YORK, NY 10019**
**www.bursor.com**

**JOSHUA D. ARISOHN**
Tel: **646.837.7150**
Fax: **212.989.9163**
jarisohn@bursor.com

September 25, 2024

<u>*Via ECF:*</u>

The Honorable Vernon S. Broderick
United States District Court for the Southern District of New York
40 Foley Square
Manhattan, New York 10007

Re:   *Graham v. Bloomberg L.P.*, Case No. 1:22-cv-07015-VSB (S.D.N.Y.)

Dear Judge Broderick:

     My firm represents Plaintiff Justin Graham in the above-referenced action. I write pursuant to the Court's September 23, 2024 Order (ECF No. 27) to inform the Court that Plaintiff does not intend to arbitrate his claims against Defendant at this time. Accordingly, Plaintiff respectfully dismisses his claims against Defendant without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Very truly yours,

*[signature]*

Joshua D. Arisohn

CC:   All counsel of record (via ECF & Email)